

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BENJAMIN SHEPPARD | * | CIVIL ACTION NO. 05-0824 |
| VERSUS | * | |
| STOLT OFFSHORE INC., et al | * | SECTION "I". MAG 3 |

## ORDER

CONSIDERING THE FOREGOING Motion to Vacate Order filed by Stolt Offshore Inc. and American Pollution Control Corporation;

IT IS HEREBY ORDERED that the Order granting attorney William N. Gee III's Motion to Intervene in this case be VACATED.

THUS DONE AND SIGNED this ___ day of _____ 2005,

_____

UNITED STATES DISTRICT JUDGE

11-15-05

*Motion to Vacate and Request for Oral Argument are DENIED.*

1

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____